[No. 13896–4–II. Division Two. April 25, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD A.
WILLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 89–1–00844–4, Carol A. Fuller, J., entered
May 9, 1990. *Affirmed* by unpublished opinion per Petrie,

J. Pro Tem., concurred in by Petrich, A.C.J., and Alexander, J.